# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY FRANCES FISHER,** | NO. LA CV 14-03356-VBF-MAN |
| Petitioner, | **RULE 58 JUDGMENT** |
| v. | |
| MICHAEL PLANET, | |
| Respondent. | |

Final judgment is hereby entered in favor of respondent and against the petitioner.

DATED:   September 16, 2014

*/s/ Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE